1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TONY CAMPBELL,

11          Plaintiff,                No. CIV S-06-1085 MCE KJM P

12      vs.

13   C.M. GREEN,

14          Defendant.               ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under

17   42 U.S.C. § 1983 together with an application to proceed in forma pauperis under 28 U.S.C.

18   §1915.

19          Review of court records reveals that on at least three occasions prior to the filing

20   of this action lawsuits filed by plaintiff in this district were dismissed on the grounds that they

21   were frivolous or malicious or failed to state a claim upon which relief may be granted.[1]  See

22   Order filed June 21, 1999, in Campbell v. Butts, No. CIV F-98-6483 AWI SMS P (E.D. Cal.);

23   Order filed March 27, 2001, in Campbell v. Randalph, No. CIV F-99-5462 REC HGB P (E.D.

24   Cal.); and Order filed May 27, 2005, in Campbell v. Baughman, No. CIV S-05-0066 MCE DAD

25   ─────────────

26       [1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman,
     803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1  P (E.D. Cal.).  Plaintiff was incarcerated when he brought each of these actions, and he did not

2  take an appeal from the final judgment in any of them.

3           A prisoner may not bring a civil action or appeal a civil judgment under the in

4  forma pauperis statute

5           if the prisoner has, on 3 or more prior occasions, while incarcerated
           or detained in any facility, brought an action or appeal in a court of
6           the United States that was dismissed on the grounds that it is
           frivolous, malicious, or fails to state a claim upon which relief may
7           be granted, unless the prisoner is under imminent danger of serious
           physical injury.

8

9  28 U.S.C. § 1915(g).  In the present case, plaintiff has not alleged facts that suggest he is under

10  imminent danger of serious physical injury.  Thus, plaintiff must pay the filing fee in order to

11  proceed with this case.

12           In accordance with the above, IT IS HEREBY ORDERED that:

13           1.  Plaintiff's May 18, 2006 application to proceed in forma pauperis is denied;

14           2.  Plaintiff shall submit, within twenty days from the date of this order, the

15  $350.00 filing fee for this action; and

16           3.  Plaintiff's failure to comply with this order will result in a recommendation

17  that this action be dismissed.

18  DATED:  June 12, 2006.

19

20  _____
    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25  1/mp
    camp1085.campbellfee

26

2