IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

      Plaintiff,                    No. CIV S-06-1085 MCE KJM P

    vs.

C.M. GREEN,

      Defendant.                <u>FINDINGS & RECOMMENDATIONS</u>

/

        By order filed June 13, 2006, plaintiff's application to proceed in forma pauperis was denied and plaintiff was ordered to pay the filing fee for this action within twenty days. Plaintiff has not paid the filing fee.[1] Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

---

[1] Plaintiff has filed a document asking that the court grant him in forma pauperis status because he alleges in his complaint that he is under imminent danger of serious physical injury. <u>See</u> 28 U.S.C. § 1915(g). However, the court has reviewed plaintiff's complaint and there is no such allegation.

1

1  Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED: April 5, 2007.

_____
U.S. MAGISTRATE JUDGE

1
camp1085.frs